DATE: September 8, 2008

DEFENDANT: SHAWN ROBERT ADOLF
DOB:

ADDRESS: In state custody

COMPLAINT FILED?  __X__ YES  ___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: __08-mj-01157__

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? No

OFFENSE:
Count 1: Possession of Firearm by Prohibited Person [18 USC 922(g)(1)]

Count 2: Possession of Body Armor by Violent Felon [18 U.S.C. § 931]

Count 3: Possession of Methamphetamine with Intent to Distribute [21 USC 841]

LOCATION/OFFENSE: Aurora, Denver Colorado

PENALTY:
Count 1: NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee

Count 2: NMT 3 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee

Count 3: NMT 20 years imprisonment; NMT $1,000,000 fine, or both; NMT 5 years supervised release; $100 special assessment fee

AGENT: Shane Abraham/Jeff Russell, ATF

AUTHORIZED BY: Robert Brown, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

    __X__ five days or less

THE GOVERNMENT

    __X__ will seek detention in this

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE: ___Yes  __X__ No