IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-000366-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SHAWN ROBERT ADOLF,

      Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service

requiring the United States Marshal to produce SHAWN ROBERT ADOLF, before a United States

Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the

Indictment, and to hold him at all times in his custody as an agent of the United States of America until

final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he

is now confined.

DATED at Denver, Colorado, this 27th day of January, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge