IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-000366-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHAWN ROBERT ADOLF,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED, that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce SHAWN ROBERT ADOLF. In order to complete the prosecution of the defendant and to impose the judgment of this Court, the defendant need be reacquired by the U.S. Marshal and delivered to the United States Bureau of Prisons.

DATED at Denver, Colorado, this 8th day of March, 2010.

                                                BY THE COURT:

                                              *s/Craig B. Shaffer*
                                              Craig B. Shaffer
                                              United States Magistrate Judge