**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00366-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SHAWN ROBERT ADOLF,

      Defendant.

---

**MINUTE ORDER**[1]

---

      By **February 24, 2011**, the government shall file a response to defendant's **Motion for Order** [#109] filed January 26, 2011, requesting that the detainer in this criminal case be removed.

      Dated:  January 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.